SHIRLEY FERR–ANDERSON, ET AL. v. PAUL W. BAKER, JR., M.D., ET AL.

May 30, 1989.

Petition for certification denied.

DAVID SLACKMAN v. STUART J. FRIEDMAN, M.D.

May 30, 1989.

Petition for certification denied.

ROBERT J. LINDEN, ET AL. v. DAVID N. SOLOMACHA, ET AL.

May 30, 1989.

Petition for certification denied.   (See 232 *N.J.Super.* 29).

KAREN A. D'AMICO (BOCKER) v. RONALD LOUIS D'AMICO.

May 30, 1989.

Petition for certification granted.